**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 04-1450

———————

HAYWOOD ALLEN CANNON,

                                        Plaintiff - Appellant,

        versus


LEWIS H. SWINDELL, IV, Individually and as a
member of the law firm known as Everette and
Hite, LLP; KIMBERLY A. SWANK, Authorized agent
for Everette and Hite, LLP; HYMAN J. BRODY,
Individually and in his official capacity as
authorized  agent  for  the  entity  known  as
Birdneck Point, LLC,

                                        Defendants - Appellees.

———————

Appeal  from  the  United  States  District  Court  for  the  Eastern
District  of  North  Carolina,  at  Wilmington.   James  C.  Fox,  Senior
District Judge.  (CA-03-204-7-F)

———————

Submitted:  September 16, 2004      Decided:  September 21, 2004

———————

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Haywood Allen Cannon, Appellant Pro Se.  Lewis H. Swindell, IV,
Appellee Pro Se.  Lewis Holmes Swindell, IV, EVERETT, WARREN,
HARPER & SWINDELL, Greenville, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Haywood A. Cannon appeals the district court's orders dismissing his civil rights action, denying his motion for reconsideration, and imposing a prefiling injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Cannon v. Swindell, No. CA-03-204-7-F (E.D.N.C. Feb. 2 & Mar. 9, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED